1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

| | |
|---|---|
| JACOB LETTS and ALEKS LETTS, husband and wife, individually and on behalf of their marital community; SEBASTIAN LETTS, a minor, by and through his co-guardians ad litem, Jacob Letts and Aleks Letts; and NATALIA LETTS, a minor, by and through her co-guardians ad litem, Jacob Letts and Aleks Letts<br><br>                           Plaintiffs,<br>        vs.<br><br>WASHINGTON CVS PHARMACY, L.L.C., a Washington State limited liability company; CVS PHARMACY, INC. a foreign for-profit corporation; CVS HEALTH CORPORATION, a foreign, for-profit corporation;  CVS CARE CONCIERGE, L.L.C., a foreign limited liability company; CVS CAREMARK ADVANCED TECHNOLOGY PHARMACY, L.L.C., a foreign limited liability company; and John and/or Jane Does 1 through 10,<br><br>                           Defendants. | NO. 2:24-cv-00313<br><br>STIPULATION AND ORDER REMANDING BACK TO KING COUNTY SUPERIOR COURT |

**STIPULATION**

The undersigned parties,[1] by and through their attorneys of record, hereby stipulate that this matter may be remanded back to King County Superior Court Cause No. 24-2-02975-3 SEA.

DATED this 4th day of June, 2024.

SWANSON GARDNER MEYERS COHON, PLLC

By _____
  Todd W. Gardner, WSBA #11034
  Peter E. Meyers, WSBA #23438
  Dylan R. Cohon, WSBA #
  4512 Talbot Road South
  Renton, WA  98055
  Phone: (425) 226-7920
  Fax: (425) 226-5168
  todd@swansongardnermeyers.com
  peter@swansongardnermeyers.com
  dylan@swansongardnermeyers.com
  ATTORNEYS FOR PLAINTIFFS

LARSON HEALTH ADVOCATES, PLLC

By  _/s/_____
  Nabeena C. Banerjee, WSBA #44724
  Geraldine Anne T. Enrico, WSBA #54917
  1700 Seventh Avenue, Suite 2100
  Seattle, WA  98101
  Phone: (206) 658-4690
  Fax: (206) 658-4684
  nabeena@lhafirm.com
  geraldine@lhafirm.com
  ATTORNEYS FOR DEFENDANTS

---

[1] The Court notes that signatures are located in the parties' stipulated motion to remand.  Dkt. # 13 at 2.

STIPULATION AND ORDER REMANDING BACK TO KING
COUNTY SUPERIOR COURT CAUSE NO. 24-2-02975-3 SEA
- Page 2 of 3

**ORDER**

Based upon the Stipulation as executed above, the Honorable John H. Chun, United States District Court Judge, hereby remands this case back to the King County Superior Court for the State of Washington, under Cause No. 24-2-02975-3 SEA.  The Clerk of the United States District Court is hereby directed to transmit all pleadings in this matter to the Clerk of the King County Superior Court under Cause No. 24-2-02975-3 SEA.

DATED this 4th day of June, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER REMANDING BACK TO KING
COUNTY SUPERIOR COURT CAUSE NO. 24-2-02975-3 SEA
- Page 3 of 3